NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
AUG 29 2008
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

08/29/08

cc: Clerk's Office, CFC
Keith Russell Judd
Sean B. McNamara

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
AUG 29 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 08/29/08

JUDD V US, 2008-5113
CFC - 08-CV-299

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2008-5113

KEITH RUSSELL JUDD,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-299, Senior Judge Loren A. Smith.

## ORDER

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2008-5113 - JUDD V US

**Date of docketing**: 08/29/2008

**Appeal from**: United States Court of Federal Claims case no. 08-CV-299

**Appellant**(s): Keith Russell Judd

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Keith Russell Judd
Sean B. McNamara

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-5113

KEITH RUSSELL JUDD,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-299, Senior Judge Loren A. Smith.

Authorized Abbreviated Caption[2]

JUDD v US, 2008-5113

[1] Required for use on petitions, formal briefs and appendices, court opinions, andcourt orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.